The People of the State of New York, Respondent,
against
Pedro Solla, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Anthony J. Ferrara, J.), rendered May 21, 2013, convicting him, after a nonjury trial, of attempted criminal possession of a weapon in the fourth degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Anthony J. Ferrara, J.), rendered May 21, 2013, affirmed.
The verdict was supported by legally sufficient evidence and was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]), which established that the knife recovered from defendant conformed to the statutory definition of a gravity knife. The officer demonstrated twice in open court that he could open the knife by using centrifugal force, created by flicking his wrist, and the blade automatically locked in place after being released (see Penal Law § 265.00[5]; People v Sans, 26 NY3d 13 [2015]; People v Neal, 79 AD3d 523, 524 [2010], lv denied 16 NY3d 799 [2011]; People v Birth, 49 AD3d 290 [2008], lv denied 10 NY3d 859 [2008]). Although defendant's expert testified that the knife could be opened by pressing a "thumb stud," he also testified that the blade could be released by a simple flick of the wrist, which satisfies the definition of a gravity knife (see People v Herbin, 86 AD3d 446 [2011], lv denied 17 NY3d 859 [2011]; People v Neal, 79 AD3d at 524).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 19, 2018